**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDWARD LARRY GALLARDO, | Case No. CV 15-04315 SVW (AFM) |
| Petitioner, | |
| v. | **JUDGMENT** |
| DAVE DAVEY, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: February 25, 2016

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE